## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11361

Henry Alfonso

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 13, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/13/05.

/s/ Barclay

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11361-WGY

Alfonso v. United States of America
Assigned to: Chief Judge William G. Young
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 06/24/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Henry Alfonso**   represented by **Henry Alfonso**
F.P.C. Schuylkill
P.O. Box 670
Minersville, PA 17954
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Henry Alfonso.(Bell, Marie) (Entered: 06/29/2005) |
| 06/24/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 06/29/2005) |

| 06/24/2005 | 1 | Judge William G. Young : Electronic ORDER entered. re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Henry Alfonso. PETITION DENIED AS FRIVOLOUS BOOKER IS NOT RETROACTIVE. cc/cl.(Bell, Marie) (Entered: 06/29/2005) |
|---|---|---|
| 06/29/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 06/29/2005) |
| 07/07/2005 | 2 | NOTICE OF APPEAL as to Order by Henry Alfonso. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/27/2005. (Boyce, Kathy) (Entered: 07/11/2005) |