UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HENRY ALFONSO,
    Petitioner,

V.S.

UNITED STATES OF AMERICA,
    Respondent.

CASE NO: 1:05-cv-11361

APPELLATE NO: 05-2056

Pro-se

MOTION FOR CERTIFICATE OF APPEALIBILITY

Pursuant to Section 2253(c) of United States Code Annotated, Petitioner Henry Alfonso, Pro-se, requesting a Certificate of Appealibility, for the denial of said Petitioner's 2255 motion filed June 6, 2005 and date of denial unknown. (Not forwarded).

Petitioner believed that District Court abused discretion in not reviewing and granting of amendment 657 of Sentencing Guidelines of which he was sentenced. Petitioner further asserts that although circuits have adopted a non retroactive rule for the Blakely, Booker, case he feels that due process of law violated and clear error occurred in not following the James bean Distillers-vs-Georgia 1991 Sct, which emphasizes retroactivity as a necessity of new rules, by it direct appeal on 2255 motion or any remedy of law, as it states that litigants are entitled the same justice im 2255's motion as direct appeal. Petitioner also challenges the Criminal History Category of his sentence, believing he should be classified category 2 and not 4, 5 or 6 prior court appearances were without

(1)

representation and believes that Shepherd-vs- United states allows him to be categorized into proper classfication.

And lastly Petitioner believes that there was ineffective counsel from trial counsel who could have odjected to, the amount of Oxycodone and the sentence but did not.

Petitioner believes this motion is in accordance with Local Rule 22.1 (b) and asks this Honorable Court to grant motion for Certificate of Appealibility.

Respectfully Submitted,

Henry Alfonso
Henry Alfonso, Pro-se
Register#24062-038
F.P.C. Schuylkill
P.O. Box 670
Minersville, PA 17954

CC: US COURT of APPEALS
ONE COURTHOUSE WAY SUITE 2500
BOSTON, MASS 02210

CC: US ATTORNEYS office
C/O DINA MICHAEL CHAITOWITZ
1 COURTHOUSE WAY SUITE 9200
BOSTON, MASS 02210

(2)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 6/29/2005 at 11:55 AM EDT and filed on 6/24/2005
Case Name: Alfonso v. United States of America
Case Number: 1:05-cv-11361
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [1] Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Henry Alfonso. PETITION DENIED AS FRIVOLOUS BOOKER IS NOT RETROACTIVE. cc/cl.(Bell, Marie)

The following document(s) are associated with this transaction:


1:05-cv-11361 Notice will be electronically mailed to:

1:05-cv-11361 Notice will not be electronically mailed to:

Henry Alfonso
F.P.C. Schuylkill
P.O. Box 670
Minersville, PA 17954