To The Clerk of the District Court.

I am writing to inform the Court as of Sept 19th 2005 I will no longer be at Schuylkill Federal Prison Camp. On that day I will be moving to F.P.C Lewisburg. Could you please make a note of it! I also have not heard on my motion to proceed in forma pauperis.

Thank you for your time.

HENRY ALFONSO - 24062038
F.P.C LEWISBURG
PO BOX 2000
LEWISBURG, PA
17837

Henry Alfonso

Case # 05-CV-11361-WGY