# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-cv-11361

USDC Docket Number : 05-2056

Henry Alfonso

v.

United States of America

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered electronic order re: document number 10 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 18, 2005.

Sarah A. Thornton, Clerk of Court

By *(signature)*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/19/05.

*(signature)*

Deputy Clerk, US Court of Appeals