```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


Henry Alfonso,                        )
  Petitioner                          )
                                      )
         V.                           )    Civil Action
                                      )    No. 05-11361-WGY
UNITED STATES OF AMERICA,             )
  Respondent                          )
```

### UNITED STATES' MOTION FOR CLARIFICATION OF THE CERTIFICATE OF APPEALABILITY

This 2255 proceeding is currently on appeal to the First Circuit. In order to prepare the United States' appellate brief, which is due on May 1, 2006, and to address the issues raised and ruled on by this Court, the United States files this motion for clarification of the certificate of appealability ("COA") issued by this Court.

On June 24, 2005, petitioner Henry Alfonso ("Alfonso" filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. §2255. This Court entered an electronic order denying the petition "as frivolous" on the ground that "Booker is not retroactive."

Alfonso filed a document entitled "Appeal of 28 U.S.C. 2255" on July 7, 2005 and a motion for a COA on July 22, 2005. In an electronic order entered on July 26, 2005, this Court granted in part the COA, stating "A certificate of appealability shall enter on points 2 & 3 in view of petitioner's brief in support thereof. The motion is otherwise denied."

Because Alfonso is proceeding *pro se* and because the issues

raised in his motion for COA are not numbered, differ in substance from, and are presented in a different order than those in his original 2255 motion and in his filing styled "Appeal of 28 U.S.C. 2255," it is not entirely clear on which issues the Court intended to grant a COA.

The United States therefore moves that this Court issue a clarification of its COA, specifying the issues on which the COA has been granted.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ *Jennifer Hay Zacks*
> JENNIFER HAY ZACKS
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I, Jennifer H. Zacks, Assistant U.S. Attorney, have this day, April 12, 2006, caused the foregoing to be filed through the court's ECF system and also caused to be served upon Henry Alfonso, Register #24062-038, F.P.C. Schuylkill, P.O. Box 670, Minersville, PA 17954, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

> /s/ Jennifer H. Zacks
> Jennifer H. Zacks