TO: ASST. US ATTORNEY JENNIFER HAY ZACKED

PLEASE BE ADVISED I AM PRESENTLY AT LEWISBURG PRISON CAMP. I HAVE BEEN HERE SINCE SEPT. 19 2005. COULD YOU PLEASE MAKE A NOTE OF MY CORRECT ADDRESS.

THANK YOU
Henry Alfonso

CC: US COURT OF APPEALS
    US DISTRICT COURT JUDGE YOUNG

HENRY ALFONSO
ID # 24062038
LEWISBURG PRISON CA.
PO BOX 2000
LEWISBURG, PA
17837