MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2056

HENRY ALFONSO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Selya, *Circuit Judge*,
and Stahl, *Senior Circuit Judge*.

JUDGMENT

Entered: December 8, 2006

    In 2002, appellant pled guilty to various drug and related charges. He was sentenced to serve 84 months in prison. The sentence was affirmed on direct appeal.

    The district court has denied appellant's request for relief under 28 U.S.C. § 2255, but granted a certificate of appealability as to two issues. In his reply brief in this court, appellant withdrew one ground of appeal. The issue remaining is whether he is entitled to relief because some of the convictions that were counted in the calculation of his criminal history were allegedly obtained without benefit of counsel. First, we note that this contention is contradicted by the presentence report. Second, and decisively, appellant raised this issue for the first time in his § 2255 motion. Appellant offers no explanation of his failure to raise this issue in either the district court or on direct appeal,

despite the fact that the presentence report placed the question in issue prior to imposition of sentence. Appellant neither attempts to demonstrate cause and prejudice in regard to this procedural default nor claims actual innocence. See Bousley v. United States, 523 U.S. 614, 622 (1998); Sustache-Rivera v. United States, 221 F.3d 8, 17 (1st Cir. 2000).

    The government's motion for summary disposition is granted. The district court's order of June 24, 2005, denying relief under § 2255, is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 1/30/07

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Dina Michael Chaitowitz, AUSA, Jennifer H. Zacks, AUSA, Henry Alfonso, III]